## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

FREDERICK BROWN,

      Plaintiff,

    vs.

GEORGE SMITH; JIM WETHERINGTON;
STEVE ROBERTS; RANDALL HOLDEN;
JACK JONES; JAMES L. THRIFT;
HARRY RONEY and TONY HOWERTON,

      Defendants.

CIVIL ACTION NO.: CV501-044

## ORDER

Defendants have filed a "Motion to Strike Plaintiff's Untimely and Facially Deficient Expert Report." (Doc. 95.) Defendants state that the expert reports of Dr. William S. Thompson and Dr. S. Robert Lathan are untimely and should be stricken from the record. Plaintiff has filed a response. Plaintiff asserts that he filed a motion to re-open discovery and to extend the time to file expert reports and that the Court granted his motion by Order dated April 14, 2005. Defendants' motion is **DENIED**. The Court's Order dated April 14, 2005, granted Plaintiff's motion to extend discovery, but failed to address the requested extension of time to file expert reports.

Defendants are granted leave to depose Dr. William S. Thompson and Dr. S. Robert Lathan despite the fact that the discovery period has elapsed. If Defendants desire to identify expert witnesses, they may file the appropriate motion for leave to do so.

**SO ORDERED**, this _10th_ day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

JACKQUELINE F. BUNN
JOHN C. JONES
MCNEILL STOKES

CASE NO:        CV501-44

DATE SERVED: 8/10/05

SERVED BY:     NITA ROSE

☐     Copy placed in Minutes

☐     Copy given to Judge

☐     Copy given to Magistrate