IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FREDERICK BROWN,

    Plaintiff,

vs.

GEORGE SMITH; JIM WETHERINGTON;
STEVE ROBERTS; RANDALL HOLDEN;
JACK JONES; JAMES L. THRIFT;
HARRY RONEY and TONY HOWERTON,

    Defendants.

CIVIL ACTION NO.: CV501-044

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Second Motion for Summary Judgment is **DENIED**.

SO ORDERED, this 13th day of January, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)